UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER A. FRIEDRICHSEN,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>                Defendant. | CASE NO. C17-5995 BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**: Plaintiff shall be issued summonses. Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order 04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 5th day of December, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1