UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROGER A. FRIEDRICHSEN, | Civil No. 3:17-CV-05995-BAT |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including March 8, 2018, to file a Response to Plaintiff's Complaint.

DATED this 6th day of February, 2018.

                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT

Page 1     ORDER - [3:17-CV-05995-BAT]

Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov